1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  (State Bar No. 95086)
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone (415) 397-9509
   Facsimile (415) 397-9519
5

6  Attorney for BROOKE SOLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 3-20-mj-71196 MAG |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE, AND TO EXCLUDE TIME FROM DECEMBER 8, 2020 TO JANUARY 13, 2021** |
| v. | |
| BROOKE SOLIS, | |
| Defendant. | |

The above-titled matter is currently scheduled for a status conference and preliminary examination before the Court on December 8, 2020. The defense needs additional time to review the voluminous discovery. The government stipulates to this request for a continuance. Therefore, the parties agree and jointly request that the December 8, 2020 hearing should be continued, and the parties jointly propose that the status and preliminary hearing now be held on January 13, 2021, at 10:30 a.m.

The parties further stipulate that the time between December 8, 2020 and January 13, 2021, should be excluded, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), to allow for the effective preparation of the defendant's counsel. The parties stipulate, and ask the Court to find, that the requested exclusion of time is in the interests of justice and outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

1  IT IS SO STIPULATED.

2  Dated:   December 1, 2020            DAVID L. ANDERSON
3                                       United States Attorney
                                        Northern District of California
4

5                                       _____/S/_____
                                        ROBIN HARRIS
6                                       Assistant United States Attorney

7

8  Dated:   December 1, 2020

9                                       _____/S/_____
                                        DOUGLAS HORNGRAD
10                                      Attorney for Defendant

11

12
                            **[PROPOSED] ORDER**
13

14
   **IT IS SO ORDERED.**
15  DATED:  December 1, 2020            _____
16                                      HON. LAUREL BEELER
                                        United States Magistrate Judge
17

[PROPOSED] STIPULATED ORDER
*SOLIS*, 20-MJ-71196